IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

    Movant,

v.                                                              Case No.: 8:25-mc-28

BLAKE LIVELY,

    Respondent,

_____/

**POPCORNED PLANET'S NOTICE OF WITHDRAWAL OF**
**<u>MOTION TO QUASH NON-PARTY SUBPOENA ISSUED TO GOOGLE LLC</u>**

Non-party Popcorned Planet, Inc. ("Popcorned Planet") hereby gives notice that it has withdrawn the Motion to Quash Non-Party Subpoena Issued to Google LLC (ECF No. 3), filed on July 31, 2025, as the undersigned has been notified by counsel for Respondent that said subpoena has been withdrawn by Respondent as it pertains to Popcorned Planet.

The Amended Motion to Quash Non-Party Subpoena issued by Respondent to Popcorned Planet (ECF No. 2), filed on July 29, 2025, remains pending.

Respectfully submitted this 6th day of August, 2025,

                                                   */s/ David P. Mitchell*
                                                   **Jeffrey "Jack" Gordon, Esquire**
                                                   Florida Bar No.: 836760
                                                   **David P. Mitchell, Esquire**
                                                   Florida Bar No.: 67249
                                                   **MANEY | GORDON TRIAL LAWYERS**
                                                   101 East Kennedy Boulevard, Suite 1700
                                                   Tampa, Florida 33602
                                                   T: (813) 221-1366   F: (813) 223-5920
                                                   j.gordon@maneygordon.com
                                                   d.mitchell@maneygordon.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 6th day of August, 2025, to the following:

Esra A. Hudson
ehudson@manatt.com
Stephanie Roeser
sroeser@manatt.com
Sarah Moses
smoses@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Counsel for Respondent, Blake Lively

                                        */s/ David P. Mitchell*
                                        **David P. Mithell, Esquire**