IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

    Movant,

v.                                        Case No.: 8:25-mc-28

BLAKE LIVELY,

    Respondent,

_____/

**POPCORNED PLANET'S AMENDED CERTIFICATE OF SERVICE**

Non-party Popcorned Planet, Inc. ("Popcorned Planet") hereby files this Amended Certificate of Service as to its motion to quash the non-party subpoena issued by Respondent Blake Lively ("Respondent" or "Lively"), and states as follows:

    1.    Service of process of Petitioner Popcorned Planet's Motion to Quash Subpoena (ECF No. 1) was effectuated by email to counsel for Respondent on July 25, 2025.

    2.    On July 29, 2025, Respondent, Blake Lively, accepted service of process of Petitioner's Amended Motion to Quash Subpoena (ECF No. 2), which was served by email to counsel for Respondent on the same date.

Respectfully submitted this 6th day of August, 2025,

                                                      /s/ David P. Mitchell
                                                      **Jeffrey "Jack" Gordon, Esquire**
                                                      Florida Bar No.: 836760
                                                      **David P. Mitchell, Esquire**
                                                      Florida Bar No.: 67249
                                                      **MANEY | GORDON TRIAL LAWYERS**
                                                      101 East Kennedy Boulevard, Suite 1700
                                                      Tampa, Florida 33602

T: (813) 221-1366   F: (813) 223-5920<br>
j.gordon@maneygordon.com<br>
d.mitchell@maneygordon.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 6th day of August, 2025, to the following:

Esra A. Hudson
ehudson@manatt.com
Stephanie Roeser
sroeser@manatt.com
Sarah Moses
smoses@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Meryl Governski
mgovernski@dirllp.com
Dunn Isaacson Rhee LLP
401 9th Street NW, Washington, DC 20004

Counsel for Respondent, Blake Lively

                                                    */s/ David P. Mitchell*
                                                 **David P. Mithell, Esquire**