UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| POPCORNED PLANET, INC., <br><br>            Movant, <br><br> v. <br><br> BLAKE LIVELY, <br><br>            Respondent. | No. 8:25-mc-00028-WFJ-LSG |

### NOTICE OF APPEARANCE

Sigrid S. McCawley, Esq., of the law firm Boies Schiller Flexner LLP, hereby enters her appearance as counsel for Respondent Blake Lively in the above-captioned matter and requests that copies of all future papers and pleadings filed or served in this matter be directed to her.

Dated:  August 12, 2025

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ Sigrid S. McCawley
Sigrid S. McCawley. Esq.
Florida Bar No. 129305
smccawley@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile:  (954) 356-0022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

By: /s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq
