# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| POPCORNED PLANET, INC., <br><br> Movant, <br><br> v. <br><br> BLAKE LIVELY, <br><br> Respondent. | Case No. 8:25-mc-00028-WFJ-LSG |

## DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF OPPOSITION TO NON-PARTY POPCORNED PLANET'S MOTION TO QUASH SUBPOENA AND CROSS MOTION TO COMPEL PRODUCTION

I, Sigrid S. McCawley, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a Managing Partner at the law firm of Boies Schiller Flexner LLP, 401 East Las Olas Blvd. Suite 1200, Fort Lauderdale, FL 33301, and counsel for Respondent Blake Lively in the above-captioned matter.

2. I respectfully submit this declaration in support of Ms. Lively's Opposition to Non-Party Popcorned Planet's Motion to Quash Subpoena and Cross Motion to Compel Production.

3. A true and correct copy of the July 1, 2025 subpoena served on Popcorned Planet, Inc. ("Popcorned Planet") is attached hereto as Exhibit A.

4. A true and correct copy of Ms. Lively's Second Amended Complaint for Sexual Harassment, Retaliation, Breach of Contract, False Light, Defamation, and Other Claims is attached hereto as Exhibit B.

5. A true and correct copy of Andy Signore's biography on IMDb.com is attached hereto as Exhibit C.

6. A true and correct copy of the "About" page from Andy Signore's LinkedIn profile is attached hereto as Exhibit D.

7. A true and correct copy of the home page of the Popcorned Planet website, https://popcorned-shop.fourthwall.com/en-usd, is attached hereto as Exhibit E.

8. A true and correct copy of the home page of the Popcorned Planet YouTube account is attached hereto as Exhibit F.

9. A true and correct copy of a screenshot of Andy Signore's X account with the username "@andysignore" is attached hereto as Exhibit G.

10. A true and correct copy of a screenshot of Popcorned Planet's X account with the username "@PopcornedPlanet" is attached hereto as Exhibit H.

I declare under penalty of perjury that the foregoing is true and correct.

- 3 -

|  |  |
|---|---|
| Dated: August 12, 2025 | /s/ *Sigrid S. McCawley* <br> Sigrid S. McCawley <br> BOIES SCHILLER FLEXNER LLP <br> 401 E. Las Olas Blvd., Suite 1200 <br> Ft. Lauderdale, FL 33301 <br>  (954) 356-0011 <br> smccawley@bsfllp.com <br><br> *Counsel for Blake Lively* |

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

*/s/ Sigrid S. McCawley*
Sigrid S. McCawley