# EXHIBIT C

☰ IMDb                                                                🔍    Sign in    Use app



Sponsored ⓘ

‹ Back                                                                         ⊞🔍    ⤴

Andy Signore
# Biography

Jump to ▾                                                                              ✎

## | Overview

**Born**   August 15, 1979 · Philadelphia, Pennsylvania, USA

## | Mini bio

Andy is the creator, writer and director of numerous widely popular digital series, including "Honest Trailers", "Man at Arms", 'The ScreenJunkies Show", "Prank it FWD", "Super-Fan Builds" and many more. His original content, branded entertainment, celebrity shorts and pop culture commentary has garnered over 400 million views online.

His work has also garnered numerous accolades, including making Variety's 2013 Comedy Impact List and a 2007 MTV Movie Award for "Best Spoof" for his viral video "United 300.".

Born and raised in the Philadelphia area, Signore has been driven to write and produce unique digital content since childhood. He graduated Summa Cum Laude from Columbia College Hollywood in 2003 and shortly thereafter wrote, co-directed, and starred in his first feature length film, the cult slasher comedy The Janitor - for which he was quickly able to secure a domestic distribution deal.

Signore then focused his attention to online content, After releasing several of his own successful videos through his comedy brand SecretSauceTV, he signed up as Director of Digital Content with The Collective (now Collective Digital Studios) - a Beverly Hills distribution company and talent management firm - where he developed, wrote and shot promotional and original video opportunities with their wide roster of talent including Kevin Nealon, Eddie Izzard, Garry Shandling and many more.

Signore was then invited by Disney's Internet Media Group, to become a lead producer of the Original Content Development team for Disney.com, working closely with various Disney departments including Consumer Products, Legal, and Marketing.

In 2009, Signore moved to Break Media - one of the premiere leaders in online content and distribution. There he created, wrote and directed numerous hit series for the company including the massively popular series / brand: "Honest Trailers". As well as "The ScreenJunkies Show", "Speakeasy with Paul F Tompkins" and the extremely successful "Man At Arms".

In October 2013, Break Media merged with Alloy Digital to become Defy Media, where Signore works as the VP of Original Programming.

Throughout his years as a content maker and online strategist, Signore has consulted and worked with everyone from A-list film talent including Seth Rogen & Evan Goldberg's "Point Grey Pictures". To top tier YouTube talent such as "The Annoying Orange," where he wrote one of the series' most viewed installments, "Lady Pasta", and the widely popular "Fred", where he helped ease its star's digital transition from successful YouTuber to Nickelodeon TV star.
- IMDb mini biography by: Andy Signore

## Family

**Children**
Sawyer Signore

## Trivia

As the creator of the hit online series Honest Trailers, one of Andy's proudest achievements was hearing that Joe & Anthony Russo - the directors of one of his favorite Marvel Movies: Captain America: Winter Soldier, admitted to not only being fans of the series, but that during their scripting process constantly tried to "Honest Trailer proof" their script.

In October 2017, Signore was accused of sexual harassment by multiple women who were involved with the Screen Junkies channel. These claims have been refuted by Mr. Signore. He had been fired from the channel following the scandal.

Graduated Suma Cum Laude from Columbia College Hollywood, in Tarzana, California.

Once appeared as a pizza delivery boy in a soft-core Playboy film. On The Screen Junkies Show (2011), Andy said he "handed a package to a porn star and walked away.".

## Contribute to this page

Suggest an edit or add missing content

Learn more about contributing

Edit page

## More from this person

View agent, publicist, legal and company contact details on IMDbPro

## More to explore