# EXHIBIT D

Case 8:25-mc-00028-WFJ-LSG    Document 9-4    Filed 08/12/25    Page 2 of 3 PageID 515



# About

My content was responsible for over 1 BILLION views online and multiple Emmy nominations. Previous clients and employers include: DISNEY, PEPSI, UBISOFT, T-MOBILE, TOYOTA, SAMSUNG, WARNER BROTHERS, BAREFOOT WINES and more.

Expert at connecting brands with viral concepts and social media posts/integrations in surprising and successful ways. Whether you're looking to get clicks through branded integration, SEO and social media influencers, or wanting to build a more engaged fan base through recurring content, I'm the online strategist for you. Through my 12+ years as an SVP at multiple LA digital media companies, I know how to work with clients while managing teams of talent, directors and developers. I look forward to finding a company to grow with and build our next billion views!

SKILLS:
Directing & Producing Video Content / Audio Podcasts
Creative Concept Development / Creative Campaign Pitching
Social Media Strategy (Facebook, Instagram, YouTube, Twitter, Twitch, etc)

Case 8:25-mc-00028-WFJ-LSG     Document 9-4     Filed 08/12/25     Page 3 of 3 PageID 516

Marketing (Digital, Event Based, PR)
Live Events and Video Streaming (Weekly Programming and Convention Appearances)
Writing (Copywriting, Comedy, Screenwriting)
Branded Partnerships
Video Editing
Digital Photography, Videography
Adobe Creative Suite (Premiere, Photoshop and Illustrator)
Integrated Campaign Concepting (Multi-level Marketing)
Brand-Influencer Content Collaborations
Talent Management (Celebrity or Digital Influencer Partnerships)
On-Air Hosting

Activity                                                                           Follow

**Haven't been on LinkedIn for a while... But now that I am, it felt worthy of alerting my peers that my upstart YouTube channel has officially become...**

Shared by Andy Signore

**Little Monster Media is growing! 😲 🎬 I couldn't be prouder to announce that Jonathan Weilbaecher 'Wally' has joined us as SVP of Strategy and...**

Liked by Andy Signore

**We talked to Kent Nichols who gave us his 5 Steps To More Effective YouTube Business Videos. Link in comments. #youtubemarketing #businessvideos...**

Liked by Andy Signore

Sign in to see all activity