# EXHIBIT E



USD

Home   Documentaries ⌄   Newsfeed   Exclusive Content   Merch Store ⌄

Cart   Sign Up!



# BECOME A MEMBER

Join now to unlock exclusive Popcorned Planet content     Sign Up



## POPCORNED PLANETEER

### $5.99 per month

**Start 7-day free trial**

Grants you FULL Access to our Exclusive Library of Documentary Series, FULL Replays of our Popcorned Planet Live-Streams & Exclusive Member Only Videos including Popcorned UNCENSORED: Our Monthly Live Show For Members! You'll also get greater Community Access to fellow Planeteers! This is the ultimate way to support and help ensure we see more of every donation.

Show more



## POPCORNED NEXT LEVEL

### $9.99 per month

**Start 7-day free trial**

Take your Popcorned Support to the NEXT LEVEL! You'll get access to our documentaries, but you'll also earn Behind The Scenes Next Level Content & Exclusive Merch Opportunties! Plus you're support at this level, lets you flex a little extra 💪 that we can put toward more productions!

✓ Exclusive Production Updates - More Details Coming Soon!

Show more

**Join now to unlock exclusive Popcorned Planet content**    **Sign Up**



**POPCORNED PRODUCER**

$37.50 per month

Start 7-day free trial

At the Popcorned Producer level you'll become part of our 3750 Production team. You'll get all previous perks along with access to Quarterly Producer Only Zoom Calls with Andy & Kim. Plus you'll get Huge Merch Discount Codes and Exclusive Channel Updates Before Everyone Else!

- ✓ Exclusive Production Updates - More Details Coming Soon!

Show more

## LATEST PRODUCTS

View all

Join now to unlock exclusive Popcorned Planet content    Sign Up





**I'M NOBODY'S DRAGON T-SHIRT**

$25.00

**IT ENDS WITH JUSTICE INVESTOR PACK**

$130.00

  +1

Join now to unlock exclusive Popcorned Planet content	Sign Up





SEND ALL CELEBRITIES BACK!

$25.00



POPCORNED STICKER SHEET

$10.00

**Join now to unlock exclusive Popcorned Planet content**   Sign Up





### POPCORNED PLANET HAT
$30.00



### CLASSIC POPCORNED PLANET TEE
$25.00



**Join now to unlock exclusive Popcorned Planet content**     Sign Up





### NEW POPCORNED PLANET TEE

$25.00



### DISTRESSED CLASSIC LOGO PLANETEER TEE

$25.00



**Join now to unlock exclusive Popcorned Planet content**    Sign Up





**POPCORNED PLANET REPEAT TEE**

$25.00



**POPCORNED PLANET HOODIE**

$40.00



**Join now to unlock exclusive Popcorned Planet content**  Sign Up





**NEW LOGO POPCORNED PLANET HOODIE**

$40.00



**POPCORNED PLANET MAGNET**

$5.00

Join now to unlock exclusive Popcorned Planet content

Sign Up





WHITE POPCORNED PLANET MUG

$14.00

BLACK POPCORNED PLANET MUG

$14.00

Join now to unlock exclusive Popcorned Planet content

Sign Up



**POPCORNED GALAXY MUG**

$14.00

## THANK YOU FOR YOUR SUPPORT!

Thank you so much for your support. Leave a message with your donation and I'll try to reply!

👤 Your Name

💬 Message

**Join now to unlock exclusive Popcorned Planet content**  **Sign Up**

| $5 | $10 | $20 | Custom |

**Donate & send message**

## STAY CONNECTED

Popcorned Planet On Youtube     Popcorned Palace On YouTube

**LATEST ON YOUTUBE**     Visit channel



Jennifer Aniston FINALLY Talks About the Brad Pitt & Angelina Jolie LOVE TRIANGLE!

Join now to unlock exclusive Popcorned Planet content     Sign Up



IS JLO LOSING IT?! Awful Ticket Sales, Chanel Snubs & Now BUGS?!



HEARTBREAKING! Kelly Clarkson's Secret Battle Revealed After Tragic Loss!

Join now to unlock exclusive Popcorned Planet content     Sign Up

Popcorned Planet

USD

Contact

Terms of Service

Privacy Policy

Returns & FAQ

© 2025 Popcorned Planet

Powered by Fourthwall

Join now to unlock exclusive Popcorned Planet content                Sign Up