# EXHIBIT F



 **YouTube**

Search  🔍  🎤                                                        ⋮  ⊙ Sign in

Home

Shorts

Subscriptions

You

History
Home



# Popcorned Planet ✔

@PopcornedPlanet · 945K subscribers · 4K videos

Daily News, Entertainment, Pop Culture Controversies, Missing Persons and True Crime Cases - Popped...**...more**

paypal.com/paypalme/andysignore **and 5 more links**

| Subscribe | Join |

Videos    Shorts    **Live**    Podcasts    Playlists    Posts    Store    🔍

Popular    Oldest



17:17

...VER! Blake Lively Drops
...ena Against ME as Justin...
Streamed 16 hours ago



14:09

BREAKING! Blake Lively CONFRONTS
Justin Baldoni At Deposition Face To...
117K views · Streamed 5 days ago



THIS IS WAR! Blake Lively Subpoer...
QUASHED!? Our Lawyers Fight Bac...
78K views · Streamed 7 days ago



13:37

...ke Lively Legal Blitz on
...To UNMASK 'It Ends With...
Streamed 3 weeks ago



34:02

I GOT SERVED! Blake Lively & Ryan
Reynolds DEMAND My Sources! We...
139K views · Streamed 1 month ago



Sean Diddy Combs DENIED Bail! St...
In Jail Until October!? Did Judge Sh...
56K views · Streamed 1 month ago