# EXHIBIT H

Case 8:25-mc-00028-WFJ-LSG     Document 9-8     Filed 08/12/25     Page 1 of 2 PageID 536

