

## Popcorned Planet Interview
1 message

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬      Wed, Jan 15, 2025 at 8:47 PM
To: ehudson@manatt.com, "sroeser@manatt.com" <sroeser@manatt.com>, "cnoble@manatt.com" <cnoble@manatt.com>, "mgottlieb@willkie.com" <mgottlieb@willkie.com>, "kbender@willkie.com" <kbender@willkie.com>

Hello

I'm writing on behalf of the YouTube channel Popcorned Planet. We have been doing extensive coverage of the Lively/Baldoni suits. We would love to have someone on to comment to Blake's experience working on the movie "It ends with us" and about the suits.

Andy Signore the host/owner of the channel has worked with Ryan in the past on his honest trailer review for Deadpool which is actually included in the promo for the show.

We have reached out to both sides and would love to hear from you to as we never want to seem unfair or one sided in our reporting.

This is the promo trailer for our show:

https://youtu.be/AIXA6T4nRIM?si=7SHQ61Tm9rwUiIWo


Thanks so much for taking the time and I hope to hear from you,

Michelle
Popcorned Planet