

## Popcorned Planet Productions Documentary

**Leslie Sloane** ███████████████████                    Thu, Jan 23, 2025 at 12:49 PM
To: ████████████████████████████

No thank you
Please excuse typos
C██████████
Sent from my iPhone

On Jan 23, 2025, at 1:13 PM, ███████████████████████ wrote:

Hi Leslie,

I'm writing on behalf of the YouTube channel Popcorned Planet. We have been doing extensive coverage on the It Ends With Us Blake Lively and Justin Baldoni suits.

We are looking to see if you would be interested in being interviewed for a documentary. As the suits claim this was surrounding what happened during filming on set and production. We would love to hear from people who were actively involved and what your personal experience was like.

We would also love a statement from you or Blake regarding the suits currently ongoing.

Please see the link below which is the promo trailer for our channel.

https://youtu.be/AIXA6T4nRIM?si=GXkvaeIBhLHkT2Pm

Thanks so much for taking the time and hope to hear from you,

Michelle

Popcorned Planet