IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

    Movant,

v.                                                                        Case No.: 8:25-mc-28

BLAKE LIVELY,

    Respondent,

_____/

**DECLARATION OF REILLY JOHNSON**

I, Reilly Johnson, hereby declare as follows:

1.     I am over 18 years of age, and I have personal knowledge of all facts stated in this declaration. If called to testify, I could and would testify competently thereto.

2.     I am the President of FandomWire. I have held this position since 2017.

3.     In August of 2020, Andy Signore was paid to report exclusive news for our platform.

4.     The Tweet by Mr. Signore dated August 14, 2020, that Blake Lively highlighted in her Response to Popcorned Planet's Motion to Quash and Cross Motion to Compel is incorrect.

5.     At that time, Andy Signore was a paid journalist for my news site, securing entertainment news scoops.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of August, 2025.

DocuSigned by:

*Reilly Johnson*
1C56CCFE9D5C45C...

Reilly Johnson