UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

          Movant,

v.

BLAKE LIVELY,

          Respondent.

Case No. 8:25-mc-00028-WFJ-LSG

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Respondent Blake Lively respectfully submits the following Motion for Special Admission of Respondent's counsel, Meryl C. Governski, *pro hac vice*. Pursuant to Local Rule 2.01(c), Respondent states as follows:

1. Respondent has retained Meryl C. Governski of Dunn Isaacson Rhee LLP to represent her in the above-captioned case. Ms. Governski is not a Florida resident and is not an active member in good standing of The Florida Bar.

2. Ms. Governski is a member in good standing with the District of Columbia Bar, the State Bar of Maryland, and the following Courts:

    a. United States District Court, District of Columbia (admitted October 2, 2017);

1

b. United States Bankruptcy Court, District of Columbia (admitted October 2, 2017);

c. United States Court of Appeals, D.C. Circuit (admitted June 15, 2020);

d. United States Court of Appeals, Fourth Circuit (admitted December 13, 2021).; and

e. United States District Court, District of Colorado (admitted January 8, 2025).

3. Ms. Governski's District of Columbia bar number is 1023549. A Certificate of Good Standing from the District of Columbia bar is attached hereto as Exhibit A. A Certificate of Good Standing from the United States District Court for the District of Columbia is attached hereto as Exhibit B.

4. Ms. Governski has not abused the privilege of special admission by maintaining a regular law practice in Florida.

5. Ms. Governski has initially appeared in the last thirty-six months in the following cases in state or federal court in Florida:

a. *Paul Fred v. Peter Rex a/k/a Peter Reynolds et al.*, Case No. 20-CA-008700, In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida;

b. *In re: Subpoenas Served on Christina Bobb*, Case No. 23-mc-80387-KAM, United States District Court for the Southern District of Florida;

    c. *In re: TGP Communications, LLC*, Case No. 24-bk-13938-MAM, United States Bankruptcy Court for the Southern District of Florida; and

    d. *TGP Communications, LLC v. Freeman et al.*, Case No. 24-cv-80967-AHS, United States District Court for the Southern District of Florida.

6. Ms. Governski will comply with the federal rules and this Court's local rules.

7. Ms. Governski is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. Ms. Governski has paid the fee for special admission or will pay the fee upon special admission and will register with the Court's CM/ECF system.

9. Ms. Governski affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                                              */s/ Meryl C. Governski*
                                              Meryl C. Governski

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), on October 7, 2025, Respondent's counsel conferred with counsel for Popcorned Planet and represent that Popcorned Planet does not oppose Ms. Governski's special admission.

**WHEREFORE,** Respondent respectfully requests the entry of an order authorizing the *pro hac vice* appearance of Meryl C. Governski as counsel of record in the above-captioned case.

Respectfully submitted,

Dated: October 8, 2025

/s/ *Meryl C. Governski*
Meryl C. Governski
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

/s/ *Sigrid S. McCawley*
Sigrid S. McCawley
BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawley
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

*Attorneys for Blake Lively*

4

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of October 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties and their counsel of record in this case.

*/s/ Sigrid S. McCawley*
Sigrid S. McCawley