# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

September 30, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:    *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

In accordance with Sections 1.C, 1.D, and 3A of Your Honor's Individual Practices in Civil Cases, Plaintiff Blake Lively respectfully moves for clarification that the deadline for the Requests to Admit is October 10, 2025, or in the alternative, to modify the Court's Case Management Plan and Scheduling Orders (ECF Nos. 58, 425, 750, 770 (the "Case Plan")) to extend the current deadline to pose Requests to Admit from September 30, 2025 to October 15, 2025. To the extent the Court provides any clarification or relief as to the Requests to Admit, the Jones Parties also request that it equally apply in *Jones v. Abel*, 1:25-cv-00779-LHL.

Pursuant to the Court's Initial Case Management Plan, the deadline for the parties to submit Requests to Admit was August 14, which was the same as the last day for depositions and the last day for fact discovery. ECF No. 58. While the Court extended the fact discovery calendar to September 30, 2025, and subsequently extended the deadline for depositions to October 10, 2025, the parties failed to expressly confirm with the Court that the extension to the deposition calendar to October 10, 2025, likewise extended the deadline for the Requests to Admit to the last day of depositions. ECF Nos. 425, 770. For this reason, Ms. Lively seeks confirmation that the deadline for Requests to Admit is October 10, 2025.

To the extent that the deadline for Requests to Admit is not October 10, 2025, and instead is September 30, 2025, as the last date of fact discovery (beyond the depositions taking place through October 10, 2025), Ms. Lively respectfully moves this Court for an extension until October 15, 2025 to permit the parties to incorporate deposition testimony into the Requests to Admit. Good cause exists for Ms. Lively's request for an extension of the current deadline to serve Requests to Admit. *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (Liman, J.) ("Good cause is likely to be found when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party." (cleaned up)).

The parties have taken twelve depositions between Friday and today, and four more party depositions (across seven days of testimony) are scheduled to take place between now and October 10, 2025. None of this testimony could reasonably be incorporated in Requests to Admit were the deadline September 30, 2025. Additionally, Ms. Lively continues to receive party productions—as recently as last night—as well as anticipates third-party productions into next week, as ordered by the Court earlier today. *See* ECF No. 829. Further, aligning the deadline for Requests to Admit with the last day of deposition testimony is both what this Court initially ordered (ECF No. 58) and what is warranted to permit the parties to seek admissions across all parties on an efficient and complete basis as fact discovery draws to a close. The additional time for parties to serve Requests to Admit will contribute to "the just, speedy, and inexpensive determination" of the matter by narrowing disputed issues for trial, including those issues that await deposition testimony that has yet to be provided. *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1. Further, to the extent the Court clarifies that the deadline was September 30 rather than October 10, and that the deadline is not extended, Ms. Lively will suffer prejudice in being unable to obtain admissions from the Defendants across a variety of issues that await party testimony.

This is the second extension that has been sought on the deadline for Requests to Admit. *See* ECF No. 387-5. While Ms. Lively intended to file a stipulation regarding the October 15, 2025 deadline earlier in the day on September 30, 2025, and received consent from the Jones Parties, she waited over fourteen hours for the Wayfarer Defendants to respond by email that they do not consent to the October 15 deadline (without providing a reason), despite repeated attempts to secure their position during breaks of a party deposition. The Jones Parties consent to this extension. The Wallace Defendants take no position.

Respectfully submitted,

/s/ *Michael J. Gottlieb*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW

- 2 -

Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac v*ice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*