# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| **CASE NO.:** | 8:25-mc-28-WFJ-LSG | **DATE:** | October 22, 2025 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | |
| POPCORNED PLANET. INC.<br><br>v.<br><br>BLAKE LIVELY | | **MOVANT COUNSEL**<br>Meryl Governski | |
| | | **RESPONDENT COUNSEL**<br>Jeffrey Gordon | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME**: 2:00 PM – 2:36 PM   **TOTAL:** 36 min. | | **COURTROOM:** | ZOOM |

**PROCEEDINGS** – MOTION HEARING -

MOTION Hearing held on Movants Amended Motion to Quash Subpoena to Produce Documents (Dkt. 2) and Respondent's Response in Opposition (Dkt. 8).

Counsel state their appearances for the record.

Court hears oral arguments from the parties.

For the reasons stated on the record the Court to enter an Endorsed Order setting a Status Conference for next week. Counsel to confer about the scope of the search on the subpoena.

Status Conference via zoom for 10/31/25 at 11:00 am.

Court adjourned.