UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-mc-28-WFJ-LSG | DATE: | October 31, 2025 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | |
| POPCORNED PLANET. INC.<br><br>v.<br><br>BLAKE LIVELY | | **MOVANT COUNSEL**<br>Meryl Governski | |
| | | **RESPONDENT COUNSEL**<br>Jeffrey Gordon | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME**: 11:00 AM – 11:34 AM   **TOTAL:** 34 min. | | **COURTROOM:** | ZOOM |

**PROCEEDINGS** – STATUS CONFERENCE -

Counsel state their appearances for the record.

Court holds a status conference regarding the parties coming to an agreement on the scope of the search on the subpoena.

For the reasons stated on the record the Court to enter an Endorsed Order setting a Status Conference via zoom for 11/7/2025 at 10:00 am. Movant must file a log identifying every responsive document for which the movant asserts a claim of privilege by Wednesday, November 5, 2025.

Court adjourned.