IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

    Movant,

v.                                        Case No.: 8:25-mc-28

BLAKE LIVELY,

    Respondent,

_____/

**POPCORNED PLANET'S MOTION FOR**
**EXTENSION OF TIME TO PRODUCE COMPLETE PRIVILEGE LOG**

Non-party Popcorned Planet, Inc. ("Popcorned Planet"), by and through undersigned counsel, and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, respectfully moves this Court for an extension of time to produce its privilege log, which is presently due November 5, 2025, pursuant to the Court's October 31, 2025 Order (ECF No. 21), and in support thereof states as follows:

    1.    On October 31, 2025, the Court entered an Order (ECF No. 21) directing Popcorned Planet to produce a privilege log by November 5, 2025.

    2.    Popcorned Planet has diligently worked to comply with the Court's Order and has prepared a **partial privilege log**, attached hereto as **Exhibit A**, which identifies privileged communications with all party defendants in the Consolidated Action through the compliance date specified in the subpoena, as well as privileged communications with certain crew members.

    3.    However, as described more fully in the accompanying **Declaration of Andy Signore**, attached hereto as **Exhibit B**, additional time is required to review

all potentially responsive materials and identify privileged communications falling within the scope outlined by the Court during the **October 31, 2025 hearing**.

4. The declaration explains that completing the privilege review and finalizing the log will require an **additional fourteen (14) days**, unless the Court narrows the scope to exclude communications with crew members beyond those already identified in the current log, in which case Popcorned Planet estimates that the remaining review could be completed within **seven (7) days**.

5. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:

   (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

   (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

6. Per the express language of Rule 6(b)(1)(B), a showing of excusable neglect is only required when the motion to extend time is made after the period of time expires. In this case, the requested extension is being made before the deadlines at issue expires, so excusable neglect need not be shown.

7. The "good cause" standard under Rule 6(b)(1)(A) is met where, as here, the moving party demonstrates diligence and a reasonable need for additional time to complete the required act.

8. Popcorned Planet has been diligently compiling its privilege log and has already produced a partial log in good faith, as reflected in **Exhibit A**.

9. As detailed in **Exhibit B (Declaration of Andy Signore)**, the process of reviewing thousands of communications across multiple platforms—including emails, text messages, and production correspondence—has required substantial time and resources.

10. Due to the volume of potentially responsive materials, the involvement of freelance producers and staff members with separate professional and family obligations, and the need to ensure that only materials falling within the specific parameters defined by the Court are withheld as privileged, additional time is necessary to complete the privilege review accurately.

11. The additional time requested will not prejudice Respondent Blake Lively and is sought solely to ensure full and accurate compliance with the Court's directive and to avoid inadvertent disclosure of privileged materials.

12. Accordingly, Popcorned Planet respectfully requests a **14-day extension**, or alternatively, if the Court narrows the scope to exclude additional crew-member communications beyond those already identified in Exhibit A, a **7-day extension**.

13. A full explanation for the basis of this Motion is included herein; therefore, no separate memorandum of law has been filed.

WHEREFORE, non-party Popcorned Planet respectfully requests that the Court enter an Order:

1) Extending the deadline for Popcorned Planet to produce its privilege log from **November 5, 2025**, to **November 19, 2025**; or,

2) In the alternative, if the Court narrows the scope as set forth above and in the Declaration of Andy Signore, extending the deadline to **November 12, 2025**; and

3) Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 5th day of November, 2025,

*/s/ David P. Mitchell*
**Jeffrey "Jack" Gordon, Esquire**
Florida Bar No.: 836760
**David P. Mitchell, Esquire**
Florida Bar No.: 67249
**MANEY | GORDON TRIAL LAWYERS**
101 East Kennedy Boulevard, Suite 1700
Tampa, Florida 33602
T: (813) 221-1366   F: (813) 223-5920
j.gordon@maneygordon.com
d.mitchell@maneygordon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the CM/ECF system, which will send notice of the foregoing to all counsel of record.

*/s/ David P. Mitchell*
**David P. Mithell, Esquire**