IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

    Movant,

v.                                                          Case No.: 8:25-mc-28

BLAKE LIVELY,

    Respondent,

_____/

### DECLARATION OF ANDY SIGNORE

I, Andy Signore, hereby declare as follows:

1. I am over 18 years of age, and I have personal knowledge of all facts stated in this declaration. If called to testify, I could and would testify competently thereto.

2. I am the founder and CEO of Popcorned Planet, Inc. ("Popcorned Planet").

3. Michelle Moulton is a freelance producer for Popcorned Planet. She has reviewed sent email records and estimated that she has approximately 1,000 emails that must be examined. These emails include:

   a. Communications sent while conducting outreach for a documentary project from the call sheet,

   b. Emails generated from pulling all film-credited personnel from the IMDb database,

   c. Emails associated with other news stories or guest outreach done through Popcorned Planet or Popcorned Productions,

   d. her own personal emails.

4. Because all of these emails include "Popcorned Planet" or "Popcorned Productions" in the subject line or body, she was required to individually determine which emails relate to the documentary and which were for unrelated news stories. A majority of the documentary-related crew emails were sent after receiving a call sheet, around mid-April.

5. To produce the documentation and list provided so far has taken Michelle approximately two (2) days, totaling roughly 15 hours of work. In addition, we incurred the cost of purchasing Adobe Pro for $43.67, which was necessary to merge documents into a single PDF.

6. Documentary work is not Michelle's sole employment. Due to the time demands and deadline for compiling the privilege log, she had to cancel production scouting for two other projects last week, projects on which she currently holds active roles.

7. Michelle is also the primary caregiver for her children and has upcoming school and extracurricular obligations that she is required to attend.

8. The process of completing the privilege log is extremely time-consuming. The steps include reviewing all sent email records, printing each relevant email into a PDF, merging individual PDFs into a single document, creating a Google document to compile the privilege log.

9. Based on her current workload and obligations, we estimate that completing this project will take approximately 2–3 weeks, requiring Michelle to work 40–60 hours of work $50/hour + $43.67 X 2 = $87.34.

2

10. Michelle's previous work so far (up to 2/18) totals 10 hours. In order to extend the scope to July 2025 - there are 100s more reach outs starting in March 2025 - going through and collecting each in a PDF will be tasking.

11. If the scope is limited to crew members who responded with more than a simple "no comment" or "I signed an NDA and cannot talk," the time required would be reduced significantly. Many initial contacts were made using IMDb-listed names, and in some cases, we are not even certain that the person contacted was the correct individual. If those are reduced, then Michelle's estimate would be approximately 20 hours spanning a one week time frame.

12. Kim Hill is a Consultant/Producer at Popcorned Planet Inc. who has been working with the channel professionally since August/September of 2024 after volunteering since December of 2021.

13. Her daily duties include assisting me (Mr. Signore) by conducting research for stories featured on the channel, summaries of legal documents and interviews, posting videos on his channels, managing the company website, and co-hosting regularly.

14. Although Kim works on some special projects, the majority of her responsibilities focus on the day-to-day activities of the channel, enabling Signore to focus on special projects. In the case of "It Ends With Justice" and coverage related to Ms. Lively, she has had no contact with the Wayfarer Parties and was not involved with contacting sources.

15. Kim has also been asked to review her communications to ensure that no information relevant to these proceedings has been sent to her. To do this, she needs to review all communications since August of 2024 related to Ms. Lively's case. Kim spent an hour previously - but estimates that this next process will take me approximately 4-5 hours @ $45/hour (her hourly is $30 plus $15 since this is above and beyond)

16. On July 1, 2025, Kim informed me (Signore) that TMZ had reported that I had been subpoenaed by Ms. Lively. Kim was aware that Ms. Lively had significantly greater financial resources and influence than I do. Ms. Lively had retained Mannat & Phillips, a large and powerful law firm. Kim and I became concerned that the financial burden could have devastating consequences for Popcorned Planet.

17. Kim's responsibilities were increased to include monitoring various dockets involving Ms. Lively around the clock, in part to determine if popcorned Planet or Signore were referenced, as in Document 449 and Document 550 of Lively v. Wayfarer.

18. It was not uncommon for Kim to work at least 14 hours a day on weekdays as well as Sunday nights. With the high volume of entries in the docket (as of this writing, the docket for Lively v. Wayfarer contains over 900 entries), assisting Mr. Signore's legal team by compiling relevant information and context, plus Kim's normal duties as well as filling in for me (Signore) when

4

caused stress and burden and hardship and exacerbation of certain health conditions.

19. Additionally, due to Kim's recent surgery, Michelle has assumed increased responsibilities related to gathering stories and production tasks, which further impacts her available time to dedicate to this project. She is also attempting to maintain commitments related to my children and my ongoing involvement in two additional production projects, which she does not want to jeopardize.

20. I serve as the host, director, editor and main producer of Popcorned Planet. It has already taken me 24 hours over various days to go back and go through and collect all correspondence.

21. I expect it to take another 40 hours to go through all correspondence with crew I've spoken to from the film "It Ends With Us", which was for our documentary. All correspondence must remain privileged due to their fear of retaliation from Blake Lively and Ryan Reynolds and their powerful connections in the industry. I promised them anonymity, and many refused to show their faces when interviewed and/or filmed.

22. When I lose time on my day to day, my company and work suffer. Based on the average earnings on my day to day - I would need to charge $250/hour. I also had to purchase iMazing software to extract text messages which cost $49.99.

5

23. I estimate that, excluding attorney fees, and lost opportunity costs, Popcorned Planet has incurred expenses and costs in excess of Ten Thousand Dollars ($10,000.00) in time, energy, resources, and manpower.

24. During the time period at issue in the *Lively v. Wayfarer* lawsuit, I did not make any content or report any news on *behalf* of anyone other than Popcorned Planet.

25. Popcorned Planet was not commissioned, enlisted, or otherwise recruited by the Wayfarer defendants or anyone on their behalf at any time. Rather, I initiated the first contact with the Wayfarer defendants in January 2025, when we (Popcorned Planet) reached out to *both parties* for comment, in accordance with proper journalistic standards.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of November, 2025.

_____
Andy Signore