**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

POPCORNED PLANET, INC.

-vs-                                                             Case No. 8:25-mc-28-WFJ-LSG

BLAKE LIVELY

**CLERK'S MINUTES**
Proceeding: Status Conference
*Zoom videoconferece*

| | |
|---|---|
| Judge: Lindsay S. Griffin, U.S. Magistrate Judge | Date: November 7, 2025 |
| Deputy Clerk: Ashley Sanders | Time: 9:59 a.m. |
| Law Clerk: Rachel Jones | Recess: 10:45 a.m. |
| Court Reporter: Digital | Total Time: 46 min |

Counsel for Movant: Meryl Governski
Counsel for Defendant: Jeffrey Gordon

Court calls case and counsel enters appearances.

Court seeks update from counsel.

Court to enter order directing counsel to identify and submit items in the privilege log they seek in camera review of by Monday, November 10. Counsel to identify the status of the scope of the search by Wednesday, November 12.

Status conference set for November 13 at 3:00 p.m. via Zoom.

Recess.