**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

POPCORNED PLANET, INC.,

     Movant,

v.                        Case No.: 8:25-mc-28-WFJ-LSG

BLAKE LIVELY,

     Respondent.

_____/

**<u>ORDER</u>**

No later than November 10, 2025, the movant Popcorned Planet, Inc., must provide the documents described in Doc. 25-1 for an *ex parte*, *in camera* review. The defendant may provide the documents by hand delivery or by email to CHAMBERS_FLMD_GRIFFIN@flmd.uscourts.gov. Additionally, the movant must file a written statement no later than November 12, 2025, describing in detail the movant's search for responsive materials, including:

- The precise parameters of the search, including the date range, accounts, custodians, and search terms;

- The search method, including the particular tools used to extract documents;

- The individuals conducting the search;

- The extent of counsel's oversight of the search; and

- A description of the accounts, custodians, or date ranges remaining to be searched.

In addition, no later than November 10, 2025, the respondent Blake Lively must provide to chambers a copy of the responsive documents that she has received from the movant. The respondent may submit the documents by email to CHAMBERS_FLMD_GRIFFIN@flmd.uscourts.gov.

Finally, the movant's motion for an extension of time, Doc. 25, to produce a complete privilege log is **GRANTED**. The movant must file a complete log of privileged and responsive material no later than **November 19, 2025**. The privilege log must comply with Rules 26(b)(5) and 45(e)(2), Federal Rules of Civil Procedure, and should contain the categories of information described in Section VI.A of the Middle District of Florida's Civil Discovery Handbook.

**ORDERED** in Tampa, Florida, on this 7th day of November, 2025.

LINDSAY S. GRIFFIN
United States Magistrate Judge