# HAYSTACK

| Client: Andy Signore |
|---|
| Matter: (update with case caption) |
| Description: Forensic Preservation, eDiscovery and production |
| Date: 11.10.2025 |

| Initial Data Size Assumptions | | | |
|---|---|---|---|
| Service | Per Custodian | Custodians | Total |
| Mixed Client Data Sources | 15 GBs | 3 | **45 GBs** |
| | | Estimated Data Assumptions | 45 GBs |

| Phase One Forensic Collections | | | |
|---|---|---|---|
| Service | Unit Price | Estimated Units | Total |
| Forensic Consulting - scoping and collection preparation | $325/hour | 3 | $975.00 |
| Forensic Imaging 3 Mobile Device | $1,995/device | 3 | $5,985.00 |
| Forensic Preservation ~5 Gmail Accounts | $325/hour | 6 | $1,950.00 |
| Project Management | $185/hour | 8 | $1,480.00 |
| Travel Time | $125/hour | | $0.00 |
| Shipping (Est) | At Cost | 1 | $1,000.00 |
| Forensic Media | $150/drive | 3 | $450.00 |
| | | **Estimated Spend** | **$11,840.00** |

| 3rd-Party Data Extraction | | | |
|---|---|---|---|
| Service | Unit Price | Estimated Units | Total |
| 3rd Party data extraction (Twitter, Instagram, Discord, Telegram, Facebook, WhatsApp, etc.) | $275/hour | 20 | $5,500.00 |
| Project Management | $185/hour | 4 | $740.00 |
| Expert Forensic Affidavit/Declaration Creation | $500/hour | TBD | $0.00 |
| | | **Estimated Spend** | **$6,240.00** |

| Data Processing and Recurring Monthly Relativity \| Project Management Support Estimate For Search & Production Support | | | |
|---|---|---|---|
| Service | Unit Price | Estimated Units | Total |
| RelOne Processing (One Time Charge) | $150/hour | 4 HRs | $600.00 |
| High Quality OCR (Assumes 250 Pages Per GB) | INCLUDED | 50,000 | $0.00 |
| Relativity Hosting (Per GB) | $6.00/GB/Month | 45 GBs | $270.00 |
| Relativity Users | $75.00/User/Month | 4 | $300.00 |
| PM Support | $185/hour | 15 HRs | $2,775.00 |
| | Data Processing - one time charge | | $600.00 |
| | Data Hosting & Users (Monthly) | | $570.00 |
| | Estimated Hourly Support Estimate (Monthly) | | $2,775.00 |
| | **Estimated Combined Monthly Spend** | | **$3,345.00** |
| | **Estimated recuring and one time Spend (3-months)** | | **$10,635.00** |

| Haystack - Forensic Collection and Professional Services Estimate | | | |
|---|---|---|---|
| Project Phase | Estimated Spend (LOW) (-15%) | Estimated Spend (Medium) | Estimated Spend (High) (+40%) |
| Phase One Forensic Collections | $10,064.00 | **$11,840.00** | $16,576.00 |
| Phase Two 3rd-party data extraction | $5,304.00 | **$6,240.00** | $8,736.00 |
| Data Processing and Recurring Monthly Relativity/Project Management Estimate For Search & Production Support | $9,039.75 | **$10,635.00** | $14,889.00 |
| **Forensics and Professional Services Project Estimate** | **$24,407.75** | **$28,715.00** | **$40,201.00** |