

# Forensic Investigation Proposal

Information contained in this report is protected confidential work product.
FLA STAT § 493.6119

Southern Recon Agency, LLC is not a law firm, and no employee or agent of the company is acting in the capacity of an attorney. Nothing contained in this report should be interpreted as legal advice, legal opinion, or a legal interpretation of any statute, regulation, contract, or other legal document. Any observations, conclusions, or findings presented herein are based solely on factual analysis, investigative methodology, and logical inference. They are not intended to provide, and should not be relied upon as, a substitute for legal counsel. All legal determinations should be made by a licensed attorney.



The Counter Surveillance & Cyber Team,
Southern Recon Agency, LLC

 **Phone:** (844) 307-7771     **Email:** Investigations@srecon.com     **Website:** www.srecon.com
 **Address:** 7512 Dr. Phillips Blvd #50-723 Orlando, FL 32819   |   A-1400197

I. Engagement Objective

Southern Recon Agency, LLC ("SRA") will act as an independent third-party forensic expert to **forensically acquire, preserve, process, review, correlate, and report** on all digital evidence associated with the custodians and repositories identified in the confidential client correspondence, including but not limited to:

- **Andy Signore**, **Michelle Moulton**, and **Popcorned Planet**
- All associated emails, social media accounts, messaging applications, cloud drives, financial communication platforms, and personal/professional devices referenced in the client's request
- All keyword searches and search parameters provided in the attached litigation scope, including all names, phone numbers, aliases, organizations, and domain-based keywords identified in the protective-order list

All work will be conducted using certified forensic tools, metadata-preserving processes, and full chain of custody, producing a litigation-ready forensic report suitable for attorney review and potential submission under protective order.

II. Scope of Services

1. Forensic Evidence Acquisition & Preservation

This includes every repository listed in the client's documented request, including:

*A. Email Accounts*
- Gmail
- Outlook
- Any additional accounts identified through cross-platform linking

*B. Social Media Platforms*
- **X/Twitter**:
    - @andysignore
    - @PopcornedPlanet
    - @PopcornedPalace
    - @michelleMo32481
- **TikTok**:
    - @andysignoreofficial
    - @user155808697098
    - @PopcornedPlanet
- **Facebook**:
    - @PopcornedPlanet
    - @AndySignore
- **Instagram**:
    - @PopcornedPlanet
    - @andysignore

*C. Messaging Applications*
- WhatsApp (818-383-4458)
- iMessage/SMS (818-383-4458)

---

 **Phone:** (844) 307-7771     **Email:** Investigations@srecon.com     **Website:** www.srecon.com

 **Address:** 7512 Dr. Phillips Blvd #50-723  Orlando, FL 32819    |     A-1400197

- Telegram (818-383-4458)
- Signal (if present on devices)

*(Chat counts and dataset sizes as referenced in the client's document will be acquired and preserved.)*

*D. Payment / Financial Platforms*
- PayPal (paypal.me/andysignore)
- Cash App ($andysignore)

*E. Cloud Storage Repositories*
- Google Drive
- Google Docs
- Microsoft OneDrive
- Dropbox
- iCloud Drive
- Box
- SharePoint

*F. Local Devices*
- Personal and professional cellular devices or other storage media
- Any device holding responsive communications or attachments

2. Keyword & Search-Term Processing

Includes application of **every keyword** provided in the client's email, including:
- Names (Blake, Reynolds, Lively, Baldoni, Sarowitz, etc.)
- Phone numbers
- Social handles
- Organizations (Wayfarer Studios, TAG, Street Relations, Paylocity, etc.)
- Domain-based targets (ltfcllp, tagpr, wayfarerstudios, etc.)

Your exact keyword list is fully included in the processing workflow.

3. Forensic Review & Cross-Platform Correlation

This includes:
- Identifying relevant messages, attachments, files, posts, comments, videos, and transactions
- Linking usernames, emails, phone numbers, and aliases across all platforms
- Correlating timestamps, devices, IPs (if available), and communications
- Detailed identification of participants and channels of communication
- Construction of evidence relationships across multiple accounts and custodians

4. Expert Forensic Reporting

Deliverables include:
- Full forensic report
- Summary findings for attorney review
- Evidence logs
- Metadata tables
- Authentication chain and chain-of-custody records

---

  
 

- Appendices containing responsive data
- Documentation suitable for filing under protective order

5. Secure Evidence Storage (120 Days)
   - Encrypted hosting of all collected evidence
   - Controlled-access vault
   - Maintenance of chain-of-custody tracking
   - Secure retention for 120 days
   - Optional extension at client request

III. Hours & Pricing

Total Expert Hours: 86 hours

Rate: $350/hr

Total Fixed Project Fee: $30,100

**Allocation of Hours by Category**

| Category | Hours | Description |
|---|---|---|
| **Acquisition & Imaging** | 26 hrs | Forensic preservation of all listed repositories, devices, social media platforms, cloud accounts |
| **Keyword Processing & Indexing** | 14 hrs | Full application of the client's keyword list, indexing of datasets |
| **Forensic Review & Correlation** | 32 hrs | Cross-platform analysis and entity correlation across all custodians |
| **Reporting** | 10 hrs | Formal forensic report plus appendices, exhibits, logs |
| **Storage (120 days)** | 4 hrs | Hosting, maintenance, evidence management, administrative processing |

**Total: 86 hours × $350/hr = $30,100**

**Flat fee. Paid upfront. No additional charges unless the client expands scope.**

IV. Deliverables
- Forensic images & acquisitions
- Keyword-responsive datasets
- Complete metadata logs
- Entity correlation analysis
- Comprehensive forensic report
- Evidence vault storage (120 days)
- Authentication chain / chain-of-custody documentation

 **Phone:** (844) 307-7771    **Email:** Investigations@srecon.com    **Website:** www.srecon.com
 **Address:** 7512 Dr. Phillips Blvd #50-723  Orlando, FL 32819    |     A-1400197

V. Terms
- Full payment due upfront
- SRA is a licensed private investigation firm and does not provide legal advice (F.S. 493.6119)
- Any expansion of scope requires written authorization
- Evidence maintained in secure forensic vault
- All work is fully compliant with forensic standards

Engagement agreement will be provided upon acceptance of proposal.



By: _____

Name: Matt Aubin, CDFE, FBCI
Southern Recon Agency, LLC
11/12/2025

  
