

LCG Advisors
201 E Kennedy Blvd., Suite 1700
Tampa, FL, 33602
Ph: 813.226.2800
www.lcgadvisors.com

Amanda Porupski, CPA, CVA, MAcc
Managing Director | Forensic Accounting & Litigation Support
LCG Advisors
aporupski@lcgadvisors.com
(813) 391-7168

11/12/25

Re: LCG Advisors' Availability to Assist the Court

Mr. Mitchell & Mr. Gordon,

Thank you for the opportunity to outline how LCG Advisors can assist the Court in evaluating whether Mr. Signore and/or Popcorned Planet, Inc. and/or other certain social media influencers had communications, financial interactions, and/or other involvement with the parties in this matter. LCG regularly supports courts and counsel in disputes that require forensic accounting, digital analysis, and investigative review. We are prepared to assist the Court as needed.

I previously served as a jointly appointed neutral forensic financial expert witness in a family law matter involving Mr. Signore and his business, Popcorned Planet, Inc. In that role, I conducted a detailed review of the financial records of both Mr. Signore and the related business entity, including banking activity, payment platforms, accounting files, financial statements, tax returns, and supporting documentation. I attended the final hearing, and the parties were able to reach a settlement during trial, based upon my forensic analysis and conclusions. That prior work provides me with an informed understanding of the financial structure, transactional patterns, and data environment associated with Mr. Signore and his business operations. As a result, I am well positioned to extend that experience efficiently and effectively to address the objectives of the Court.

LCG's Forensic Accounting and Litigation Support division works closely with our Investigative Services Group and Technology Services team to conduct comprehensive forensic examinations involving financial records, digital repositories, and electronically stored information. Our team is experienced in matters involving high-profile cases, sensitive data, large volumes of documents, and the need for impartial and reliable findings, for both state and federal courts.

LCG can review repositories reasonably believed to contain relevant information. These may include email accounts such as Gmail and Outlook, social media platforms such as X, TikTok, Facebook, Instagram, PayPal, Cash App, Patreon, Reddit, and Discord, messaging applications such as WhatsApp, Signal, Telegram, and iMessage, personal and professional cellular devices including text messages, shared drives and cloud storage such as Google Drive, Google Docs,

201 E. Kennedy Blvd.   Suite 1700   Tampa, FL   33602   (813) 226-2800

www.lcgadvisors.com



LCG Advisors
201 E Kennedy Blvd., Suite 1700
Tampa, FL, 33602
Ph: 813.226.2800
www.lcgadvisors.com

OneDrive, Dropbox, Box, iCloud Drive, and SharePoint, and any hard copy or physical documents. These materials can be examined in conjunction with banking records, accounting files, tax information, and payment platform data.

LCG is experienced in detailed financial analysis to identify or rule out transfers, compensation, or other financial activity related to the allegations. We are also able to review digital communications and metadata to determine whether communications or patterns of contact exist among the individuals or entities relevant to the Court's inquiry. Our Investigative Services Group can support these efforts through open-source intelligence research, review of discovery materials, and identification of additional sources of information where appropriate and authorized.

LCG has the staffing, technology resources, and secure forensic infrastructure necessary to begin work promptly. We can also extend these services to additional individuals or entities at the Court's direction. Our role is independent and neutral, focused solely on providing verified findings that will assist the Court and the parties in resolving the disputed issues accurately and efficiently.

My hourly rate for forensic accounting and expert review services is $450 per hour, billed for time spent on document review, analysis, information gathering, report preparation, communications, and testimony, if required. My forensic accounting staff's hourly rates range from $225 - $400 per hour.

Our Investigative Services Group and Technology Group hourly rates range from $150 - $300 per hour. We are often able to achieve a blended hourly rate, as we delegate the work based on the level of skill needed for specific tasks. We provide detailed invoices on at least a monthly basis. The invoices outline the staff, time, and costs associated with each service.

A retainer in the amount of $10,000 is required prior to the commencement of any services. The retainer will be held and applied to the final invoice and/or services rendered at a Final Hearing. A detailed fee estimate for a specific scope of services can be prepared upon request.

We appreciate your consideration and are available to commence services immediately.

Respectfully submitted,

Amanda M. Porupski, CPA, CVA, MAcc
Managing Director, Forensic Accounting and Litigation Support
LCG Advisors

*/s/ Amanda Porupski*