IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

     Movant,

v.                                                      Case No.: 8:25-mc-28

BLAKE LIVELY,

     Respondent,

_____/

### <u>POPCORNED PLANET'S NOTICE OF FILING AMENDED EXHIBIT</u>

Non-party Popcorned Planet, Inc. ("Popcorned Planet"), by and through the undersigned counsel, hereby submits its amended "Exhibit B" to its Written Statement Describing Search for Responsive Materials (ECF No. 30-2), which is amended to include pages 3-4 (index of search hits for custodians Michelle Moulton and Kim Hill) which were inadvertently omitted from the originally filed exhibit due to a formatting problem with the print feature in Microsoft Excel. The amended "Exhibit B" to Movant's Written Statement Describing Search for Responsive Materials is attached hereto as Exh. 1.

Respectfully submitted this 13th day of November, 2025,

*/s/ David P. Mitchell*_____

**Jeffrey "Jack" Gordon, Esquire**
Florida Bar No.: 836760
**David P. Mitchell, Esquire**
Florida Bar No.: 67249
**MANEY | GORDON TRIAL LAWYERS**
101 East Kennedy Boulevard, Suite 1700
Tampa, Florida 33602
T: (813) 221-1366   F: (813) 223-5920
j.gordon@maneygordon.com

d.mitchell@maneygordon.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the CM/ECF system, which will send notice of the foregoing to all counsel of record.

*/s/ David P. Mitchell*
**David P. Mithell, Esquire**