**Popcorned Planet Search Result Hit Matrix**

| Searched Keywords | iMazing Extraction Softer - mention per text | Google Search Index per mention, highlighted in each message thread<br>PopcornedPlanet@Gmail.com | Telegram html export of lifetime messages from 2021-Present<br>Telegram | Requested Meta html export of messages from 12/31/23-07/28/25<br>Instagram @PopcornedPlanet | Manual search with counsel. Nothing responsive. Waiting on Requested Meta html export<br>@andysignore | Manual search with counsel. Nothing responsive. Waiting on Requested X JavaScript export<br>@andysignore | Manual search with counsel. Very limited chats. Nothing responsive. Waiting on Requested X JavaScript export<br>X @PopcornedPlanet | Manual search with counsel. Very limited chats. Nothing responsive. Waiting on Requested Meta html export<br>WhatsApp | Manual search with counsel. Very limited chats. Nothing responsive. Waiting on Requested Meta html export<br>Facebook @PopcornedPlanet | Manual search with counsel. Very limited chats. Nothing responsive. Waiting on Requested Meta html export<br>Facebook @AndySignore | Manual search with counsel. Very limited chats. Nothing responsive.<br>@andysignoreofficial | Manual search with counsel. Inactive. Very limited chats. Nothing responsive.<br>TikTok @PopcornedPlanet | Manual search with counsel. Very limited chats. Nothing responsive.<br>Discord @PopcornedPlanet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 643 chat threads 12/31/23-7/28/25 | 9684 lifetime emails | 1,406 | 659 | TBD | 100 approx chats | Doesn't use to communicate - 2 personal unrelated chats | 85 Chats 12/31/23 - present | 75 unread chats | Doesn't use. | 14 personal unrelated chats | 10 messages | 2 unrelated chats |
| SIZE | 4.66 GB lifetime texts | 631.4 MB lifetime mail | 375 MB | 32.2 MB | TBD | TBD | 497 MB | 4.56 GB | 470.7 MB | 470.7 MB | 1.43 GB | 1.43 GB | 382.2 MB |
| Blake | 89 | 556 | 133 | 224 | 96 | 37 | 0 | 21 | 0 | 0 | 0 | 0 | 0 |
| Lively | 70 | 512 | 133 | 186 | 79 | 22 | 0 | 22 | 0 | 0 | 0 | 0 | 0 |
| BlakeL | 1 | 51 | 21 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BL | 297 | 51 | 747 | 249 | 11 | N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ryan | 51 | 705 | 199 | 47 | 29 | 4 | 0 | 18 | 0 | 0 | 0 | 0 | 0 |
| Reynolds | 26 | 308 | 106 | 21 | 14 | 5 | 0 | 10 | 0 | 0 | 0 | 0 | 0 |
| RR | 317 | 47 | 105 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| "Mean Girl" | 5 | 9 | 86 | 0 | 3 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| "Bully" | 7 | 42 | 195 | 6 | 3 | 4 | 0 | 16 | 0 | 0 | 0 | 0 | 0 |
| Wayfarer | 6 | 54 | 59 | 1 | 2 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| " t Ends With Us" | 23 | 139 | 57 | 145 | 25 | 3 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| " t Ends W* Us" | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IEWU | 22 | 28 | 40 | 6 | 19 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| ISWU | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| " t Starts With Us" | 0 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Baldoni | 47 | 309 | 93 | 171 | 46 | 10 | 0 | 16 | 0 | 0 | 0 | 0 | 0 |
| "It Ends W* Justice" | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| "It Ends With Justice" | 0 | 29 | 18 | 3 | 2 | 1 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| IEWJ | 5 | 7 | 17 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JB | 49 | 58 | 129 | 3 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heath | 5 | 70 | 70 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Abel | 27 | 70 | 34 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nathan | 14 | 120 | 42 | 7 | 5 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| Sarowitz | 0 | 12 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lawsuitinfo | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wallace | 4 | 61 | 32 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Jed | 7 | 25 | 47 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| "Street Relations" | 1 | 6 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SR | 59 | 379 | 210 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tag | 116 | 450 | 355 | 11 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| "Agency Group" | 0 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liman | 3 | 44 | 29 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Searched Keywords | SMS/iMessage | PopcornedPlanet@Gmail.com | Telegram | Instagram @PopcornedPlanet | Instagram @andysignore | X @andysignore | X @PopcornedPlanet | WhatsApp | Facebook @PopcornedPlanet | Facebook @AndySignore | TikTok @andysignoreofficial | TikTok @PopcornedPlanet | Discord @PopcornedPlanet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TO OR FROM Bryan OR Freedman OR ▮*OR ▮* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Jed OR Wallace or ▮* OR ▮* | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Abel OR Jen OR JA OR ▮* OR ▮* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TO OR FROM Mel* OR Nathan OR ▮* OR ▮* | Texts provided | Emails provided | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Katie OR Case OR* ▮* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Bre or Breanna or Koslow OR ▮* | 10 texts on 6/24/25 unrelated to case | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Jamey OR Heath OR ▮* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Justin OR Baldoni OR ▮* | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Steve OR Sarowitz OR ▮* OR ▮* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Jason OR Sunshine OR ▮6* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Summer OR Benson OR ▮* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM Mitra OR Ahouraian OR ▮ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TO OR FROM any email address that includes ▮* OR ▮* OR ▮* OR ▮* OR ▮* OR ▮* OR ▮s* OR ▮* | 0 | other than mentioned above, 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Custodian: Michelle Moulton | | | Custodian: Kim Hill | | |
|---|---|---|---|---|---|
| | Google Search Index per mention, highlighted in each message thread | Manual Search of Messages | | Google Search Index per mention, highlighted in each message thread | Google Search Index per mention, highlighted in each message thread |
| Searched Keywords | Gmail █@gmail.com | X █@gmail.com | Searched Keywords | Gmail █@gmail.com | Gmail itskim.popcornedplanet@gmail.com |
| Blake | 984 | 3 | Blake | 387 | 2 |
| Lively | 1446 | 2 | Lively | 898 | 2 |
| BlakeL | 0 | 0 | BlakeL | 2 | 0 |
| BL | 1 | 0 | BL | 16 | 0 |
| Ryan | 475 | 3 | Ryan | 122 | 5 |
| Reynolds | 33 | 0 | Reynolds | 67 | 4 |
| RR | 1 | 0 | RR | 9 | 0 |
| "Mean Girl" | 0 | 0 | "Mean Girl" | 6 | 0 |
| "Bully" | 9 | 0 | "Bully" | 22 | 1 |
| Wayfarer | 611 | 0 | Wayfarer | 668 | 0 |
| "It Ends With Us" | 826 | 0 | "It Ends With Us" | 118 | 2 |
| "It Ends W* Us" | 0 | 0 | "It Ends W* Us" | 1 | 0 |
| IEWU | 195 | 0 | IEWU | 13 | 0 |
| ISWU | 0 | 0 | ISWU | 1 | 0 |
| "It Starts With Us" | 1 | 0 | "It Starts With Us" | 1 | 0 |
| Baldoni | 882 | 1 | Baldoni | 237 | 2 |
| "It Ends W* Justice" | 0 | 0 | "It Ends W* Justice" | 1 | 0 |
| "It Ends With Justice" | 22 | 0 | "It Ends With Justice" | 4 | 4 |
| IEWJ | 3 | 0 | IEWJ | 1 | 1 |
| JB | 0 | 0 | JB | 13 | 0 |
| Heath | 74 | 0 | Heath | 101 | 0 |
| Abel | 74 | 0 | Abel | 106 | 0 |
| Nathan | 75 | 0 | Nathan | 115 | 1 |
| Sarowitz | 71 | 0 | Sarowitz | 100 | 0 |
| Lawsuitinfo | 0 | 0 | Lawsuitinfo | 1 | 0 |
| Wallace | 38 | 0 | Wallace | 87 | 0 |
| Jed | 39 | 0 | Jed | 85 | 0 |
| "Street Relations" | 41 | 0 | "Street Relations" | 54 | 0 |
| SR | 2 | 0 | SR | 6 | 1 |

| Tag | 7 | 0 | Tag | 55 | 1 |
|---|---|---|---|---|---|
| "Agency Group" | 58 | 0 | "Agency Group" | 88 | 6 |
| Liman | 214 | 0 | Liman | 318 | 1 |