# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| **CASE NO.:** | 8:25-mc-28-WFJ-LSG | **DATE:** | November 13, 2025 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | |
| POPCORNED PLANET. INC.<br><br>v.<br><br>BLAKE LIVELY | | **MOVANT COUNSEL**<br>Meryl Governski | |
| | | **RESPONDENT COUNSEL**<br>Jeffrey Gordon, David Mitchell | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME**: 3:00 PM – 3:44 PM   **TOTAL:** 44 min. | | **COURTROOM:** | ZOOM |

**PROCEEDINGS** – STATUS CONFERENCE -

Counsel state their appearances for the record.

Court holds a brief Status Conference.

Court hears oral arguments from the parties regarding documents in the privilege log.

For the reasons stated on the record the movant must provide for an ex parte, in camera review all available attachments to the item described at number four of the privilege log, Doc. 25-1 by 11/19/2025.

Court adjourned.