IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

    Movant,

v.                                                        Case No.: 8:25-mc-28

BLAKE LIVELY,

    Respondent,

_____/

## POPCORNED PLANET'S NOTICE
## OF FILING COMPLETED PRIVILEGE LOG

Movant Popcorned Planet, Inc. ("Popcorned Planet"), by and through the undersigned counsel, hereby submits its completed privilege log (attached hereto as Exhibit "A"), pursuant to this Court's Order entered on November 7, 2025 (ECF No. 28).

Respectfully submitted this 19th day of November, 2025,

                                             */s/ David P. Mitchell*
                                             **Jeffrey "Jack" Gordon, Esquire**
                                             Florida Bar No.: 836760
                                             **David P. Mitchell, Esquire**
                                             Florida Bar No.: 67249
                                             **MANEY | GORDON TRIAL LAWYERS**
                                             101 East Kennedy Boulevard, Suite 1700
                                             Tampa, Florida 33602
                                             T: (813) 221-1366   F: (813) 223-5920
                                             j.gordon@maneygordon.com
                                             d.mitchell@maneygordon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the CM/ECF system, which will send notice of the foregoing to all counsel of record.

                                         */s/ David P. Mitchell*
                                         **David P. Mithell, Esquire**