# POPCORNED PLANET PRIVILEGE LOG

*Popcorned Planet, Inc. v. Blake Lively*, Case No. 8:25-mc-028

| Log # | Bates_Begin | Bates_End | Type | Date_Begin | Date_End | Author(s) | Recipient(s) | Req. # | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP0001 | PP0004 | Email | 1/15/2025 | 1/21/2025 | Andy Signore, Michelle Moulton | Defendant 1 | 1, 4, 5, 7 | Reporter's Privilege | Communication with party defendant source regarding request for comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 2 | PP0005 | PP0007 | Email | 1/21/2025 | 1/21/2025 | Defendant 1 | Andy Signore | 1, 4, 5, 7 | Reporter's Privilege | Communication with party defendant source regarding request for comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 3 | PP0008 | PP0009 | Email | 1/25/2025 | 1/25/2025 | Defendant 1 | Andy Signore | 1, 4, 5, 7 | Reporter's Privilege | Communication with party defendant source regarding request for comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 4 | PP0010 | PP0098 | SMS | 1/21/2025 | 6/24/2025 | Andy Signore, Defendant 1 | Andy Signore, Defendant 1 | 1, 4, 5, 7 | Reporter's Privilege | Communication with party defendant source regarding request for comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |

| 5 | PP0099 | PP0099 | Email | 1/23/2025 | 1/23/2025 | Michelle Moulton | Producer 1 | 4 | Reporter's Privilege | Communication to IEWU producer requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | PP0100 | PP0101 | Email | 1/26/2025 | 1/26/2025 | Michelle Moulton | Producer 1 | 4 | Reporter's Privilege | Communication to IEWU producer requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 7 | PP0102 | PP0107 | Email | 1/23/2025 | 1/28/2025 | Michelle Moulton | Agent for Crew Member 1 | 4 | Reporter's Privilege | Communication with agent of IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 8 | PP0108 | PP0110 | Email | 1/23/2025 | 1/24/2025 | Michelle Moulton | Crew Member 2 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 9 | PP0111 | PP0112 | Email | 1/31/2025 | 2/3/2025 | Michelle Moulton | Crew Member 3 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | PP0113 | PP0116 | Email | 1/23/2025 | 1/26/2025 | Michelle Moulton | Crew Member 4 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 11 | PP0117 | PP0118 | Email | 1/23/2025 | 1/28/2025 | Michelle Moulton | Crew Member 5 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 12 | PP0119 | PP0120 | Email | 1/31/2025 | 2/1/2025 | Michelle Moulton | Crew Member 6 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 13 | PP0121 | PP0122 | Email | 1/24/2025 | 1/24/2025 | Michelle Moulton | Crew Member 7 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 14 | PP0123 | PP0124 | Email | 1/29/2025 | 1/29/2025 | Michelle Moulton | Agent for Crew Member 8 | 4 | Reporter's Privilege | Communication with agent of IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |

| 15 | PP0125 | PP0131 | Email | 1/24/2025 | 1/28/2025 | Michelle Moulton | Crew Member 9 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 16 | PP0132 | PP0133 | Email | 1/25/2025 | 1/26/2025 | Michelle Moulton | Crew Member 10 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 17 | PP0134 | PP0135 | Email | 1/25/2005 | 1/25/2025 | Michelle Moulton | Agent for Crew Member 11 | 4 | Reporter's Privilege | Communication with agent of IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 18 | PP0136 | PP0140 | Instagram DM | 2/17/2025 | 2/17/2025 | Michelle Moulton | Crew Member 12 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |
| 19 | PP0141 | PP0142 | Instagram DM | 2/2/2025 | 2/4/2025 | Michelle Moulton | Crew Member 13 | 4 | Reporter's Privilege | Communication with IEWU crew member requesting comment in connection with Popcorned Planet's coverage of Consolidated Action, generated pursuant to newsgathering duties |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 | PP0150* | PP0151 | SMS | 6/24/2025 | 6/24/2025 | Andy Signore, Defendant 1, Defendant 2 | Andy Signore, Defendant 1, Defendant 2 | 7 | Reporter's Privilege | Communication with party defendant sources for purpose of requesting information about unrelated entertainment industry legal case covered by Popcorned Planet, generated pursuant to newsgathering duties |
| 21 | PP0152 | PP0154 | SMS | 6/24/2025 | 6/25/2025 | Andy Signore, Defendant 2 | Andy Signore, Defendant 2 | 7 | Reporter's Privilege | Communication with party defendant source for purpose of requesting information about unrelated entertainment industry legal case covered by Popcorned Planet, generated pursuant to newsgathering duties |

*Note: bates numbers PP0143 to PP0149 correspond to documents that were previously disclosed by Movant to counsel for Lively; therefore, those bates numbers do not appear on this privilege log.