IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

     Movant,

v.                                       Case No.: 8:25-mc-28

BLAKE LIVELY,

     Respondent,

_____/

## <u>NOTICE OF APPEAL</u>

Movant, Popcorned Planet, Inc., hereby gives notice of its appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order (ECF No. 37) entered on December 02, 2025, as well as from all earlier rulings, opinions, and orders adverse to it in this case.

Dated: December 11, 2025         Respectfully submitted,

                                      */s/ Jeffrey "Jack" Gordon*
                                      **Jeffrey "Jack" Gordon, Esquire**
                                      Florida Bar No.: 836760
                                      **David P. Mitchell, Esquire**
                                        Florida Bar No.: 67249
                                      **MANEY | GORDON TRIAL LAWYERS**
                                      101 East Kennedy Boulevard, Suite 1700
                                      Tampa, Florida 33602
                                      T: (813) 221-1366   F: (813) 223-5920
                                      j.gordon@maneygordon.com
                                      d.mitchell@maneygordon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the CM/ECF system, which will send notice of the foregoing to all counsel of record.

*/s/ Jeffrey "Jack" Gordon*
**Jeffrey "Jack" Gordon, Esquire**