## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| POPCORNED PLANET, INC., <br><br> Movant, <br><br> v. <br><br> BLAKE LIVELY, <br><br> Respondent. | Case No. 8:25-mc-00028-WFJ-LSG |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR RESPONSE TO OBJECTIONS TO ORDER DENYING MOTION TO QUASH SUBPOENA**

Respondent Blake Lively ("Respondent") respectfully moves this Court for an order increasing the page limits for her response to Popcorned Planet, Inc.'s Motion for District Court Review of Magistrate Judge's Order Denying Motion to Quash Subpoena. ECF No. 43 ("Objections"). In support, Respondent states as follows:

On December 2, 2025, Magistrate Judge Lindsay S. Griffin issued an Order denying Popcorned Planet, Inc. ("Movant")'s Amended Motion to Quash. ECF No. 37. Movant filed its Objections to that Order on January 8, 2026. ECF No. 43.

Under the Local Rules, "[a]n objection to a magistrate judge's order or report and recommendation must not exceed ten pages," and "[a] response to an objection to a magistrate judge's order or report and recommendation must not

1

exceed ten pages." M.D. Fla. L.R. 3.01(b)–(c). Movant's Objections, however, total fifteen pages, exceeding the permitted length. ECF No. 43. Accordingly, Respondent requests leave to file a response of equal length.

Good cause exists for the requested relief. Movant's Objections were five pages over the permitted page limit and raise numerous arguments challenging the Magistrate Judge's findings. Requiring Respondent to respond within a shorter page limit would be prejudicial and would impede Respondent's ability to fully address the arguments raised in Movant's overlength objections. Moreover, aligning the page limits promotes fairness and judicial efficiency by ensuring that the issues are adequately briefed.

**WHEREFORE**, Respondent respectfully requests that the Court grant this Motion and permit Respondent to file a response to Movant's Objections not to exceed fifteen pages.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), on January 13, 2026, Respondent's counsel conferred with counsel for Movant and represent that Movant does not oppose the requested page-limit extension.

Respectfully submitted,

Dated: January 13, 2026

/s/ *Sigrid S. McCawley*
Sigrid S. McCawley
BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawley
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

Meryl C. Governski
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of January 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties and their counsel of record in this case.

                        */s/ Sigrid S. McCawley*
                        Sigrid S. McCawley