# EXHIBIT 1

| | |
|---|---|
| **From:** | Meryl Governski |
| **To:** | |
| **Cc:** | |
| **Subject:** | 8:25-mc-28-WFJ-LSG Popcorned Planet Inc. v. Lively |
| **Attachments:** | image001.png<br>PP0143-PP0149.pdf |

Dear Judge Griffin,

On behalf of the respondent Blake Lively and pursuant to the order entered by Your Honor at Dkt. No. 28, attached please find the responsive documents received from counsel for Popcorned Planet at 9:57 this morning.



**Meryl Conant Governski | Partner**
**Dunn Isaacson Rhee LLP**

401 9th Street NW, Washington, DC 20004
Website | LinkedIn

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.



**Andy Signore**　　　　　　12/22/24

To

# Interview Request

My name's Andy Signore... I run a popular YouTube channel that covered the Blake lively vs Justin Baldini drama... seeing the latest lawsuit and your name mentioned – made me wanna attempt to reach out and try to understand some insight as to what happened here... would be happy to speak on or off the record.

Thanks for your consideration,
ANDY SIGNORE

PP0143



**Michelle Moulton**

## Popcorned Productions
1 message

**Michelle Moulton**
To:

Tue, Jan 28, 2025 at 10:04 PM

Hi Jed,

I'm writing on behalf of the YouTube channel Popcorned Planet. We have been doing extensive coverage on the It Ends With Us Blake Lively and Justin Baldoni suits.

Our audience is fully engaged in this story, and we are trying to get to the truth. We are making a lot of content around it and would love to incorporate you, if you're willing.

Please see the link below which is the promo trailer for our channel.

https://youtu.be/AIXA6T4nRIM?si=GXkvaeIBhLHkT2Pm

Thanks so much for taking the time and hope to hear from you,

Michelle

Popcorned Planet

**Michelle Moulton**

## Popcorned Productions Documentary
1 message

**Michelle Moulton**                        Thu, Jan 23, 2025 at 10:05 AM
To:

Hi Steve,

I'm writing on behalf of the YouTube channel Popcorned Planet. We have been doing extensive coverage on the It Ends With Us Blake Lively and Justin Baldoni suits.

We are looking to see if you would be interested in being interviewed for a documentary. As the suits claim this was surrounding what happened during filming on set and production. We would love to hear from people who were actively involved and what your personal experience was like.

Please see the link below which is the promo trailer for our channel.

https://youtu.be/AlXA6T4nRIM?si=GXkvaelBhLHkT2Pm

Thanks so much for taking the time and hope to hear from you,

Michelle

Popcorned Planet

  Gmail

Michelle Moulton

**Popcorned Planet Productions Documentary**

**Michelle Moulton**
To:

Wed, Jan 22, 2025 at 5:00 PM

Hi Jamey,

I'm writing on behalf of the YouTube channel Popcorned Planet. We have been doing extensive coverage on the It Ends With Us Blake Lively and Justin Baldoni suits.

We are looking to see if you would be interested in being interviewed for a documentary. As the suits claim this was surrounding what happened during filming on set and production. We would love to hear from people who were actively involved and what your personal experience was like.

Please see the link below which is the promo trailer for our channel.

https://youtu.be/AlXA6T4nRIM?si=GXkvaelBhLHkT2Pm

Thanks so much for taking the time and hope to hear from you,

Michelle

Popcorned Planet



Michelle Moulton

## Popcorned Planet Interview

**Michelle Moulton**  Tue, Jan 7, 2025 at 10:32 AM
To:
Cc:

Hello Mr. Freedman,

I'm writing on behalf of the YouTube channel Popcorned Planet. We have been doing extensive coverage of the Justin Baldoni/Blake Lively suits.

We did a video today about how Blake is feeling attacked just because Justin is defending himself, which everyone should be able to do!

https://youtu.be/BlYpnqMnUFw?si=QVq0cmrhdDAkRBjN

This is our promo trailer for our show

https://youtu.be/AIXA6T4nRIM?si=QX9JBzyQJ9IEnM5l

We would love to have you on via zoom to talk about recent events!

Thanks so much for taking the time,

Michelle
Popcorned Planet



Michelle Moulton

## Popcorned Productions

**Michelle Moulton**                                                                                               Mon, Feb 24, 2025 at 7:45 AM
To:

Dear Stephanie,

I hope you're doing well. I'm reaching out on behalf of the YouTube channel Popcorned Planet. We are currently producing a documentary about It Ends With Us, including the related lawsuits and the content surrounding them.

We have secured various experts, character witnesses, TikTok analysts, Hollywood reporters and IEWU crew members to gain a well-rounded perspective.

We understand that you may be unable to comment due to legal proceedings, but if there is anyone in your network who would like to share their perspective, we would be happy to connect.

For full transparency, we are reaching out to all sides to ensure fair and accurate reporting.

Thank you for your time, and I look forward to hearing from you.

Best regards,

Michelle

Popcorned Productions



**Popcorned Planet** ▮

## Re: Popcorned Planet Interview

**Popcorned Planet** ▮  
Draft

Wed, Nov 5, 2025 at 5:26 PM

---------- Forwarded message ---------  
From: **Michelle Moulton** ▮  
Date: January 15, 2025 at 16:51 AM  
To: Melissa N <▮>, Popcorned Planet ▮  
Subject: Re: Popcorned Planet Interview

Hi Melissa,

I'm writing on behalf of the YouTube channel Popcorned Planet. We have been doing extensive coverage of the Baldoni/Lively suits and would love to speak with you via zoom interview.

We have previously had Kjerati Flaa on our channel on her interactions with Blake and how that interview went sour fast.

Would love to set something up with you hope to hear from you soon! This is the promo for the channel.

https://youtu.be/AIXA6T4nRIM?si=UVelLTEDp0p0pDqN

Michelle  
Popcorned Planet