IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POPCORNED PLANET, INC.,

     Movant,

v.                                                                  Case No.: 8:25-mc-28

BLAKE LIVELY,

     Respondent,

_____/

### POPCORNED PLANET, INC.'S
### SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION

Movant, Popcorned Planet, Inc. ("Popcorned Planet"), by and through undersigned counsel, hereby files its Supplemental Local Rule 3.01(g) Certification, pertaining to its recent Motion to Terminate Pending Rule 72 Motion as Moot and Vacate Order Denying Motion to Quash (ECF No. 54), and notifies the Court as follows regarding Respondent's position on the requested relief:

Counsel for Respondent communicated with the undersigned via email on June 4, 2026, and requested that the undersigned provide the Court with the following statement: "Counsel for Respondent stated that Respondent agrees that the subpoena dispute is moot, and that Respondent takes no position on Popcorned Planet's May 29, 2026 Motion."

Dated: June 4, 2026                     Respectfully submitted,

                                        */s/ David P. Mitchell*_____
                                        Jeffrey "Jack" Gordon, Esquire
                                        Florida Bar No.: 836760
                                        David P. Mitchell, Esquire
                                        Florida Bar No.: 67249
                                        MANEY | GORDON TRIAL LAWYERS
                                        101 East Kennedy Boulevard, Suite 1700
                                        Tampa, Florida 33602
                                        T: (813) 221-1366   F: (813) 223-5920
                                        j.gordon@maneygordon.com
                                        d.mitchell@maneygordon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has

been filed via the CM/ECF system, which will send notice of the foregoing to

all counsel of record.

                                        */s/ David P. Mitchell*_____
                                        David P. Mithell, Esquire